GERSTEIN HARROW LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 06/02/2026

The Hon. Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

*Re: URGENT Second Renewed Letter-Motion to for Alternative Service on Tether International S.A. de C.V.*

Dear Judge Garnett,

This letter motion concerns all cases related to *Kim v. Democratic People's Republic of Korea*, No. 25-MC-527, in which my firm represents all Plaintiffs and Judgment Creditors. I write, with apologies for another urgent request on this docket, to respectfully request that this Court clarify that its grant of alternative service of writs of execution on Tether International *S.A. de C.V.*, applies to the other cases related to the lead *Kim* matter. *See* ECF No. 69 (granting motion). We respectfully request the Court clarify the Order no later than June 5, 2026, for the reasons explained below.

In particular, on December 10, 2025, Plaintiffs in *Kim v. DPRK* served a writ of execution on the U.S. Marshal directed to Tether. On February 3, 2026, Plaintiffs in *Campuzano v. Islamic Republic of Iran*, 13-mc-146, *Goldberg-Botvin v. Islamic Republic of Iran*, 13-mc-323, *Ben Haim v. Islamic Republic of Iran*, 16-mc-94, *Ben Haim v. Islamic Republic of Iran*, 16-mc-95, *Kaplan v. Central Bank of The Islamic Republic of Iran*, 26-mc-33, *Braun v. Islamic Republic of Iran*, 26-mc-34, *Botvin v. Islamic Republic of Iran*, 26-mc-35, and *Bodoff v. Islamic Republic of Iran*, 26-mc-36, served writs of execution on the U.S. Marshal similarly directed to Tether. And on May 28 and 29, 2026, all other Plaintiffs served writs of execution on the U.S. Marshal directed to Tether. All the writs were directed to all property interests that all judgment debtors have at or with Tether.

On February 20, 2026, the *Kim* Plaintiffs moved for alternative service on Tether. ECF No. 13. And on May 5, 2026, all other Plaintiffs joined that motion. ECF No. 48. On June 1, 2026, this Court granted the *Kim* Plaintiffs' motion and authorized service by mail and email to counsel. ECF No. 69.

Plaintiffs respectfully request that this Court clarify that its holding applies to the other Plaintiffs and other writs, or, in the alternative, that this Court authorize all Plaintiffs to serve the writs of execution that they have served on the Marshal on Tether by the same means.

Plaintiffs respectfully request this Court's prompt attention because it is at least arguable that the legal effect of Plaintiffs' February 3 writs may change on June 6,

2026. To be clear, Plaintiffs do not suspect, and surely do not concede, any defect in their writ after June 6, but because this Court has just granted materially identical relief in *Kim*, Plaintiffs request this Court's prompt, but hopefully brief, attention to this matter.

GRANTED. For the reasons therein, the Court's Order granting the *Kim* Plaintiffs' motion for alternative service on Tether, Dkt. No. 69, shall apply to all cases related to the lead *Kim* case, 25-MC-00527. The Clerk of Court is respectfully directed to terminate Dkt. No. 71.

SO ORDERED. Dated June 2, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

/s/ Charles Gerstein
Charles Gerstein
GERSTEIN HARROW LLP
1319 F Street NW, Suite 301
Washington, DC 20004
charlie@gerstein-harrow.com
(202) 670-4809

/s/ Jason Harrow
Jason Harrow
GERSTEIN HARROW LLP
12100 Wilshire Blvd. Ste. 800
Los Angeles, CA 90025
jason@gerstein-harrow.com
(323) 744-5293

/s/ Robert Tolchin
Robert Tolchin
THE BERKMAN LAW OFFICE LLC
829 E. 15th Street, Suite Seven
Brooklyn, New York 11230
rtolchin@berkmanlaw.com
(718) 855-3627

*Attorneys for all Plaintiffs in all listed actions*